FRANCIS H. SALTUS, Appellant, *v.* ELLIOTT F. SHEPARD, as Trustee, etc., et al., Respondents.

(Argued April 10, 1882 ; decided April 25, 1882.)

*Robert F. Little* for appellant.

*E. Ellery Anderson*, *Thomas H. Hubbard* and *George E. Horne* for respondents.

Agree to affirm.   No opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

---

GEORGE W. TOMPKINS, Appellant, *v.* ALFRED F. SMITH et al., Respondents.

(Argued April 11, 1882 ; decided April 25, 1882.)

*L. E. Chittenden* for appellant.

*Douglas Campbell* for respondents.

Agree to affirm.   No opinion.
All concur, except MILLER, J., dissenting, and TRACY, J., not voting.
Order affirmed.

---

WATSON C. SQUIRE et al., Respondents, *v.* HENRY VILLARD, Appellant.

(Argued April 11, 1882 ; decided April 25, 1882.)

*Artemus H. Holmes* for appellant.

*Wm. B. Hornblower* for respondents.

Agree to affirm.   No opinion.
All concur.
Order affirmed.